```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0060--CR (JKS)
                        "USA V BERNARD MULLEN"
                        DEF 1.1 MULLEN, BERNARD

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  06/22/05
           Closed:  NO
No. of Defendants:  1
   MJ Case Number:
              AKA:
  Location status:  Released on Bond
       Trial date:
       Terminated:  NO
Needs interpreter:  NO
Counsel of record:  Rex Lamont Butler
                   745 W. 4th Avenue, Suite 300
                   Anchorage, AK 99501
                   907-272-1497
                   FAX 907-276-3306
                   Serve: YES
                    Type: Retained
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 MULLEN, BERNARD
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1), (b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |
| 1 - 1 IND | 2 | 21:841(a)(1),(b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE (F) | Pending |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0060--CR (JKS)
                                  "USA V BERNARD MULLEN"

                                      For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text
 ──────────   ─────      ───────────

 NOTE -   1   06/22/05   [Re: DEF 1] Issued WOA.

    1 -   1   06/22/05   [Re: DEF 1] PLF 1 Indictment.

    2 -   1   06/23/05   [Re: DEF 1] JDR Grand Jury Minutes re WOA to be issued; no bail set.

 NOTE -   2   06/27/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/24/05.

 NOTE -   3   06/27/05   Notation: Proposed trial date setting for arraignment and notice of
                         apeedy trial act deadlines forwarded to chambers.

   2A-   1   06/27/05   DEF 1 Attorney Appearance of R. Butler.

    3 -   1   06/28/05   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Indt
                         (held 6/27/05); plead not guilty to Cts 1 and 2; def detained; ptms due
                         7/18/05; trial date set for 8/23/05; neither counsel stated conflict
                         with trial date; entry of appearance filed by Rex Butler.  cc:  USA, R.
                         Butler, USM, USPO, Judge Singleton

    4 -   1   06/29/05   [Re: DEF 1] JKS Minute Order setting TBJ 8/23/05 @ 9:00 a.m. & FPTC
                         8/15/05 @ 10:00 a.m.; trial docs due 8/8/05. cc: USA, R. Butler, USM,
                         USPO, MJ Roberts, JC

    5 -   1   06/29/05   [Re: DEF 1] JDR Order of Detention Pending Trial. USA, R. Butler, USM,
                         USPO

    6 -   1   06/29/05   [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet &
                         confer by 7/1/05; ptms due 7/18/05. cc: USA, R. Butler

    7 -   1   07/01/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    8 -   1   08/12/05   [Re: DEF 1] PLF 1 Trial Brief.

    9 -   1   08/12/05   [Re: DEF 1] PLF 1 Proposed Jury Instructions and Special Verdict Forms.

   10 -   1   08/12/05   [Re: DEF 1] PLF 1 Proposed Voir Dire.

   11 -   1   08/12/05   PLF 1 21 USC § 851 Notice of Intent to seek enhanced statutory
                         penalties.

   12 -   1   08/15/05   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Re: FPTC held 8/15/05;
                         def oral mot to cont trial granted; tbj 8/23/05 at 9:00 a.m. is vacated;
                         FPTC set for 9/19/05 at 9:00 a.m.; tbj set for 9/20/05 at 9:00 a.m.; crt
                         found excludable delay under 18:3161(h)(8)(B)(iv). cc: USA, R. BUTLER,
                         USM, USPO, JC, MJ Roberts.

   13 -   1   08/16/05   DEF 1 Proposed Voir Dire Questions.

   14 -   1   08/16/05   DEF 1 Proposed Jury Instructions.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0060--CR (JKS)
                                "USA V BERNARD MULLEN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 09/12/05 | DEF 1 motion on shortened time for bail hearing w/att aff & exh. |
| 16 - 1 | 09/12/05 | DEF 1 Notice of Intent to change plea. |
| 17 - 1 | 09/13/05 | [Re: DEF 1] JKS Minute Order re PCOP hrg set for 9/19/05 at 9:00 a.m. cc: USA, R. Butler, USM, USPO, MJ Roberts |
| 18 - 1 | 09/13/05 | [Re: DEF 1] JDR Order granting motion on shortened time for bail hearing (15-1); bail hrg set for 9/14/05 at 8:30 a.m. before MJ Jamin. cc: USA, R. Butler, USM, USPO |
| 19 - 1 | 09/15/05 | [Re: DEF 1] MDJ Court Minutes [ECR: Robin Carter] [Re: DEF 1] MDJ Court Minutes [ECR: Robin Carter] Re: bail review hrg held 9/14/05; def mot to rls def to proposed third party custodians w/conds granted w/exh and wit list att. cc: USA, R. BUTLER, USM, USPO, MJ Roberts |
| 20 - 1 | 09/15/05 | [Re: DEF 1] Order setting conditions of release [Re: DEF 1] Order setting conditions of release. cc: USA, R. BUTLER, USM, USPO, MJ Roberts |
| 21 - 1 | 09/15/05 | [Re: DEF 1] MDJ Order of Release [Re: DEF 1] Copy of MDJ Order of Release (org + 1 cy to USM by ECR). cc: USA, R. BUTLER, USM, USPO, MJ Roberts |
| 22 - 1 | 09/15/05 | {SEALED} |
| 23 - 1 | 09/19/05 | {SEALED} |
| 24 - 1 | 11/17/05 | DEF 1 Unopposed motion for continuance of sentence. |
| 25 - 1 | 11/22/05 | [Re: DEF 1] JKS Order granting unopposed motion for continuance of sentence (24-1); IOS reset to 12/19/05 at 9:00 a.m. cc: USA, R. Butler, USM, USPO |