FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 2: 10

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-0060 CR (JKS) |
| Plaintiff, ) | |
| v. ) | UNITED STATES SENTENCING MEMORANDUM |
| BERNARD JAY MULLEN, ) | |
| Defendant. ) | |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT** .................... **262 MONTHS**

**TERM OF SUPERVISED RELEASE** .................. **6 YEARS**

**FINE** ............................................. **$0.00**

**SPECIAL ASSESSMENT** ........................... **$200.00**


26

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following his pleas of guilty, the defendant stands convicted of one count of distributing cocaine and one count of possessing cocaine with intent to distribute, both are violation of 21 U.S.C. § 841(a)(1). The USPO has recommended the court find the defendant's total adjusted base offense level for the counts of conviction to be 34 and that, with the defendant's criminal history category classification of VI, the defendant's sentence range to be between 262 and 327 months imprisonment.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities throughout his adult life.

Unless the court finds the factors in 18 U.S.C. § 3553 warrant a more severe sentence, the United States recommends a sentence 262 months imprisonment, a special assessment of $200.00, and a term of 6 years supervised release. This

sent3nce will adequately address not only the United States Sentencing Commission Guideline concerns but also those contained in 18 U.S.C. § 3553.

RESPECTFULLY SUBMITTED this day, December 12, 2005, in Anchorage, Alaska.

>TIMOTHY M. BURGESS
>United States Attorney
>
>*/s/ Stephan Collins*
>
>STEPHAN A. COLLINS
>Assistant U.S. Attorney

I declare under penalty of perjury
that a true and correct copy of the
foregoing SENTENCING MEMORANDUM
was sent to the following counsel
of record on December 12, 2005, via:

US mail

Rex Lamont Butler
745 W 4th Ave Suite 460
Anchorage, Alaska 99501

United States Probation Office

Executed at Anchorage, Alaska on
December 12, 2005

*Chrissy Sherman*
Office of the U.S. Attorney