FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 4:05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BERNARD MULLEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case Number A05-060 CR (JKS) |

**NOTICE OF FILING**

COMES NOW, BERNARD MULLEN, by and through counsel of record, REX LAMONT BUTLER AND ASSOCIATES, INC., and hereby files this notice to the court with seven letters of support and a Baptismal Certificate dated September 15, 2005, attached herein.

DATED this 14th day of December, 2005, at Anchorage, Alaska, 99501.

_____
Rex Lamont Butler, Bar # 8310105
REX LAMONT BUTLER AND ASSOCIATES, INC.
Counsel for Bernard Mullen

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been forwarded by hand to the U.S. Attorney's Office, 222 W. 7th Avenue, Room 253, Anchorage, Alaska, 99513-7567, and to U.S. Probation / Pretrial Services, 222 W. 7th Avenue, #48, Room 156, Anchorage, Alaska, 99513-7562 on this 14th day of December, 2005.

_____
Rex Lamont Butler #8310105
REX LAMONT BUTLER AND ASSOCIATES, INC.
Counsel for Bernard Mullen

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

Page 1

December 2, 2005

To Whom It May Concern:

Bernard Mullen was a wonderful addition to our family. It was obvious from the first day we met him that he valued his family and community. We don't live in Alaska but have visited on several occasions and therefore we observed Bernard's actions first hand.

Bernard has made a mistake and he will have to repay society. However, we do feel that if he is given another chance he will be a better man and become a positive role model for others to follow. With that being said, we respectfully ask you for leniency in this case.


Sincerely,

Mr. and Mrs. Robert Taylor (Grandparents)
201 Bay Street
Thomasville, Georgia 31792

December 1, 2005

To Whom It May Concern:

I am writing this letter on behalf of Bernard Mullen. I've had the pleasure of knowing Bernard for quite some time as he was married to my daughter, Rosalyn Wyche and to their union; I was blessed with a grandchild. During this time I also had the opportunity to observe the wonderful care he independently provided for his mother until her death. As a business owner, he gave people opportunities to obtain employment and learn about cosmetology.

I am well aware of the charges and the potential punishment Bernard is facing for violating the law. I understand that he has to atone for his actions/behavior. However, in my heart I feel he is a good candidate for rehabilitation as I believe he can and will become a positive and successful member of our community again. Therefore, I am asking the court for leniency.

Sincerely,

*Annie C. Wyche*
Annie C. Wyche
6194 Timberline Drive
Fayetteville, NC 28314
(910) 864-9088 ~ Home
(910) 224-1792 ~ Cellular

December 5, 2005

To Whom It May Concern:

First of all, I must say that this is the first time we have written this type of letter and we would not have done so if we didn't feel in our hearts that Bernard Mullen can be rehabilitated.

We have known the Mullen and Wyche family for quite some time. We met Bernard shortly before his marriage to Rosalyn Wyche. Although they are no longer married, we remained close with both families. Whenever we saw him, he greeted us with his contagious smile and asked how our family was doing. It seemed to us that he had several stresses in life, specifically running a business, being a father and also providing for his immediate family. However, he tried to deal with all of these by attending church and associating with a different crowd.

Everyone makes mistakes in life. And, although he has committed a crime, Bernard is a role model for so many young men. We believe if given the opportunity Bernard will give back to his community by counseling young men and women in similar situations. He has a way with communicating to people and this is a skill that so many of our young people lack.

Bernard deserves another chance to be successful in life. We ask for leniency in this case.

Sincerely,

Mr. and Mrs. Robert Tucker
7415 Florence Circle
Anchorage, AK 99507

Bernard Mullens

September 16, 2005

To Whom It May Concern:

It is with a cheerful heart and without reservation that I am writing this letter.

I have know Bernard for approximately one year, during that time I had had the pleasure of assisting Bernard with automation of his Anchorage business and initial setup and automation of his Fairbanks location.

While in Fairbanks Bernand and I worked along side each other, we worked from 8:00 AM to 11:00PM each day having breakfast, lunch and dinner together. It was the time we spent in Fairbanks I got to know Bernard best.

As we worked, customers streamed into the business anxiously awaiting the grand opening. Bernard would take the time to share his dream, the business his passion, his family, listen to their needs and then get right back at it!

I can say with out hesitation that Bernard was kind, honest, hard working and motivated to provide excellence for his family and the best products and service for his customers.

Bernard is truly an asset to his clients, his family and this community!

If I am needed for additional personal verbal testimony, please don't hesitate to call me.

Sincerely,

Dan Hearn
Salonwaxc.com, LLC
Home 907-276-1055
Business 907-279-8664
Cell 907-301-6617

**Rosalyn Wyche**

---

**From:** Theodis Talbert [ttalbert@alyeskatitle.com]
**Sent:** Friday, December 02, 2005 2:31 PM
**To:** aheadoftime@acsalaska.net
**Importance:** High

To whom it may concern,

My name is Theodis Talbert Jr. and this letter is in reference to a Mr. Bernard Mullen. At the time of first meeting Bernard and his family (around March of 2003) I was a loan originator. The Mullens were in the middle of refinancing their home and Mrs. Mullen felt like her lender was taking advantage of them. I reviewed their documents and came to the conclusion that I could do a much better deal for them and put them in a way better financial situation. There were a few time where I had to go to Bernard's business to get a few signatures or paperwork to finish his loan; every time I went there he would always have customers and they would all be so happy to see him and speak with him. I was very impressed with the fact that he knew everyone's name. I also observed that he was very polite to everyone that walked through his doors. He also would insist that his son, address his elders with the proper respect. During the times that I have seen and spoken to Bernard he always is pleasant to be around. A few times he has invited me to go snow machining with him and his young son (lil Bernard) but our schedules never allowed for it. I remember talking to Bernard one evening over dinner and he explained to me that he had done some things in the past that he wasn't proud of. We didn't go into the details but I can honestly say that he meant it. I could give lots of examples ranging from huge acts of kindness and generosity to small things such as the smile from Bernard as our paths crossed. I've also observed that his business is very successful because of the hours he puts in and how he makes each customer feel welcomed. Every time I talk to him he is sincere and has a good heart. I come to these conclusions because of the advice and words of encouragement that he gives me, even when his current situation isn't the best. I hope this will help whoever reads this letter, realize that Bernard Mullen can and does impact many lives in a much more positive way than it may appear at a first glance. I can only hope and pray that Bernard will be allowed to continue to attribute positive things in the community and most importantly for his friends and family. Please feel free to contact me should you need any additional information from me.

With much consideration and respect,

Theodis Talbert, Escrow Officer
Alyeska Title Guaranty Agency, Inc.
3801 Centerpoint Drive, Suite 102
Anchorage, AK 99503
907-339-8862 direct
907-569-2843 fax

12/8/2005



Charlie Whitlock, GRI, ABR, CMAS, e-PRO

Direct (907) 265-9165
Cellular (907) 250-5556
Office (907) 562-7653
Fax (907) 276-4508

E-Mail: charlie@charliewhitlock.com
www.charliewhitlock.com

December 8, 2005

**TO WHOM IT MAY CONCERN:**

This is a letter regarding Bernard Mullen.

I first met Bernard Mullen when I was involved marketing his residence in the spring of 2005. I talked with him several times both in person and on the telephone. Our discussions focused on repair issues regarding his home, as we were marketing it for sale.

I found Bernard to be a man of quality. He was always personable and professional to me. It was a pleasure working with him. He was a good listener as I presented alternative methods of working on tasks. He was always positive when problems were encountered -- looking for ways to solve them, rather than to place blame when results were not as expected.

I would be pleased to discuss my character evaluation of Mr. Mullen if you desire. Please feel free to contact me at your convenience.

Sincerely yours,

Charlie Whitlock



Top Producing Agent
COLDWELL BANKER
FORTUNE
Each office is independently owned and operated.

TEAM MEMBERS:
Joel Adams         Katherine Herfandahl
Craig Dunn         Todd Schlegel
Mario Medina       Jackie Whitlock

2525 C Street, Suite 100 • Anchorage, AK 99503




# BAPTISMAL CERTIFICATE

This Certifies that

## BERNARD MULLEN

In obedience to the command and in following the example of our Lord Jesus Christ
Was baptized in the name of Jesus Christ on the

Fifteenth day of September in the year 2005

At G.G.H.T. MINISTRIES

*Bishop Robert E. Ray*
Bishop Robert E. Ray, Pastor

Now when they heard this, they were pricked in their heart, and said unto Peter and to the rest of the apostles, Men and brethren, what shall we do? Then Peter said unto them, Repent, and be baptized every one of you in the name of Jesus Christ for the remission of sins, and ye shall receive the gift of the Holy Ghost. (Acts 2:37-38)



**GOD'S GREATER HOLY TEMPLE**
**12601 Old Seward Highway**
**Anchorage, Alaska 99515**
**Bishop Robert Ray, Pastor**
**(907) 561-8129**

September 23, 2005

Attorney Rex Butler
745 West 4th Avenue
Anchorage, AK  99501

RE: Bernard Mullen

Greetings Mr. Butler, this is a notice to you and all concerned parties of an observation regarding Bernard Mullen. I have known Bernard for over 35 years.

Bernard has been coming to my parish for over 2 years but expressed at the time he was not ready to make a commitment to Jesus Christ because he wanted to be sincere when he did.

Mr. Mullen and I have also had social contact as well. He is a good-hearted person but has made a bad choice. Bernard has now made a cognitive decision to follow Christ. During the 4 days he was out of jail Mr. Mullen was baptized and has changed for the better.

Any leniency that can be shown toward him would be a good choice. I feel he would be an asset to society now verses a liability. Our church is also offering a support group for substance abuse individuals. If you need to speak with my directly please call the number above or (907) 242-5077.

Sincerely,

*Bishop Robert Ray*
Bishop Robert Ray