LODGED
DEC 15 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED
DEC 1 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BERNARD MULLEN, ) | |
| ) | |
| Defendant. ) | |
| ) Case Number A05-060 Cr.(JKS) | |

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

ORDER

Having reviewed Bernard Mullen's Motion To Accept Late Sentencing Memorandum For The Defense, Affidavit of Counsel, and any opposition thereto, it is hereby ordered that Mr. Mullen's Motion To Accept Late Sentencing Memorandum For The Defense is Granted / Denied.

Dated at Anchorage, Alaska this 16 of December, 2005.

_____
U.S. District Court Judge

A05-0060--CR (JKS)   pm 12-16-05
R. BUTLER (BUTLER)
S. COLLINS (US ATTY)

