TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  3:05-cr-60-JKS |
| Plaintiff, | |
| vs. | **Certificate of Service** |
| BERNARD MULLEN, | |
| Defendant. | |

Now comes the plaintiff, through counsel, and supplements the certificate of service attached to the Notice of Appeal as follows.  A true and correct copy of the Notice of Appeal was sent by facsimile to:

Mark A. Rosenbaum
4940 Byrd Land, Suite 100
Anchorage, AK 99502

//

RESPECTFULLY submitted this January 18, 2006, at Anchorage, Alaska.

    TIMOTHY M. BURGESS
    United States Attorney

    s/ Stephan A. Collins
    Assistant U.S. Attorney
    222 West Seventh Avenue, #9, Rm 253
    Anchorage, Alaska  99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    E-mail: stephan.collins@usdoj.gov
    AK #8911061

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 18, 2006, via:

    (X) Fax

Mark A. Rosenbaum
4940 Byrd Land, Suite 100
Anchorage, AK 99502
(907) 243-2609

Executed at Anchorage, Alaska, on January 18, 2006.

s/ Stephan Collins
Office of the U.S. Attorney