TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD MULLEN,<br><br>Defendant. | No.  3:05-cr-60-JKS<br><br><br><br>**NOTICE OF APPEAL** |

Pursuant to 18 U.S.C. § 3742(b), the United States of America, plaintiff, appeals to the  United States Court of Appeals for the Ninth Circuit from the sentence the United States District Court, District of Alaska, imposed on December 19, 2005.  The district court entered the judgment in this matter on December 20, 2005. The United States has filed this notice in order to preserve its appellate rights pending final approval  from the United States Attorney General,

Solicitor General, or designated deputy Solicitor General.

RESPECTFULLY submitted this January 18, 2006, at Anchorage, Alaska.

        TIMOTHY M. BURGESS
        United States Attorney

        s/ Stephan A. Collins
        Assistant U.S. Attorney
        222 West Seventh Avenue, #9, Rm 253
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: stephan.collins@usdoj.gov
        AK #8911061

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 18, 2006, via:

    (X) Fax

Rex Lamont Butler
Law Offices of Rex Lamont Butler
745 W. 4th Ave., Suite 300
Anchorage, AK 99501
Fax: (907) 276-3306

Executed at Anchorage, Alaska, on January 18, 2006.

s/ Stephan Collins
Office of the U.S. Attorney