UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30058 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CR-05-00060-a-JKS
District of Alaska,
Anchorage |
| v. | |
| BERNARD MULLEN, | |
| Defendant - Appellee. | ORDER |

**RECEIVED**

MAR 28 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Deborah L. Smith
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 23 2006

by:
Deputy Clerk

S:\MOATT\Clrkords\03.06\ds\06-30058.wpd